■ STATE OF NEW YORK v RACHMANI CORPORATION.—Motion seeking reargument denied, and motion seeking leave to appeal to the Court of Appeals granted, as indicated. Concur—Kupferman, J. P., Ross, Carro, Kassal and Wallach, JJ.